## BRIAN W. PRUCKER *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 906 (AC 14949), is denied.

*Robert M. Fitzgerald*, in support of the petition.

*Darlene F. Reynolds*, assistant bar counsel, in opposition.

Decided July 1, 1996